# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

Angelica Arteaga

v.                                                                 Case Number: 4:19−cv−02321

PDVSA Services, Inc.

## SCHEDULING ORDER

1. **MOTIONS TO JOIN NEW PARTIES OR TO AMEND PLEADINGS** will be filed by September 11th, 2020
Party requesting joinder will furnish copy of this
Scheduling Order to new parties.

2. **EXPERT WITNESSES** for the **plaintiff** will
be named and a report furnished by September 11th, 2020

3. **EXPERT WITNESSES** for the **defendant** will be
named and a report furnished within 30 days of the
deposition of the plaintiff's last expert,
but not later than October 9th, 2020.

4. **DISCOVERY** must be completed by November 30th, 2020
Counsel may, by agreement, continue discovery
beyond the deadline, but there will be no intervention
by the court; no continuance will be granted because
of information acquired in post-deadline discovery.

5. **DISPOSITIVE MOTIONS** will be filed by November 30th, 2020

6. **MEDIATION,** if appropriate, must be completed by October 30th, 2020

7. **JOINT PRETRIAL ORDER** will be filed by:
   Plaintiff is responsible for filing the Pretrial Order on time.

   The **JOINT PRETRIAL ORDER** shall be filed on or before this date even if a motion for continuance is pending. All MOTIONS IN LIMINE shall be submitted with Pretrial Order.   FAILURE TO TIMELY FILE A JOINT PRETRIAL ORDER WILL SUBJECT THIS CASE TO DISMISSAL WITH PREJUDICE in accordance with all applicable rules.

8. The **PRETRIAL CONFERENCE** will be held at  2:00 pm on this date:

9. Any depositions to be considered at a bench trial shall be submitted to chambers at least five (5) days before trial.

10. A       **TRIAL** is set for 9:30 a.m. on:

    **ETT:**    2-3    day(s)

    SIGNED at Houston, Texas, this        day of            , 2020.

    _____
    **CHRISTINA BRYAN**
    **UNITED STATES MAGISTRATE JUDGE**